The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBREY TAYLOR,<br><br>             Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>             Plaintiff-Respondent. | NO. CV25-155-RSL<br><br>ORDER GRANTING UNITED STATES' MOTION REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND REQUEST FOR EXTENSION TO ANSWER PETITIONER'S<br>28 U.S.C. § 2255 MOTION |

    Having reviewed the Government's Motion Regarding Waiver of Attorney-Client Privilege and Request for Extension to Answer Petitioner's 28 U.S.C. § 2255 Motion, and based upon the reasons set forth in that Motion,

    IT IS HEREBY ORDERED that Defendant-Petitioner Aubrey Taylor, by raising issues related to his legal representation in his Section 2255 Motion, has waived his attorney-client privilege for the purpose of litigation of that motion. Accordingly, Mr. Taylor's prior trial counsel, Michael Martin and Adrienne McElvey, and prior appellate counsel, Lynn Hartfield, are hereby directed to participate, separately, in an interview with the government and to provide evidence related to their respective representation of Mr. Taylor, including efforts and otherwise privileged legal conversations with Mr. Taylor, by way of affidavit, testimony, or in any other form. Mr. Martin, Ms. McElvey, and Ms. Hartfield are also directed to produce to the government documents and records

ORDER GRANTING UNITED STATES' MOTION REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND REQUEST FOR EXTENSION OF TIME TO FILE ANSWER - 1
*Taylor v. United States*, CV25-155-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

related to their respective representation of Mr. Taylor that relate to the allegations set forth in Mr. Taylor's Section 2255 Motion.

IT IS FURTHER ORDERED that, absent further orders from this Court, the evidence provided pursuant to this Order shall be used solely for the purpose of litigating Mr. Taylor's Section 2255 Motion and shall not be admissible against Mr. Taylor in any other proceeding. This Order shall remain in effect even after the Court has ruled on the Section 2255 Motion. Both parties retain the right to apply to the Court for modification of this Order.

IT IS FURTHER ORDERED that the government shall file its answer to Mr. Taylor's Section 2255 Motion within sixty days after the entry of this Order.

IT IS SO ORDERED.

DATED this 27th day of May 2025.

ROBERT S. LASNIK
United States District Court Judge

Presented by:
*/s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND REQUEST FOR EXTENSION OF TIME TO FILE ANSWER - 2
*Taylor v. United States*, CV25-155-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970