UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBREY TAYLOR,

Petitioner,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 2:25-cv-00155-RSL

ORDER GRANTING MOTIONS FOR EXTENSION OF TIME

This matter comes before the Court on defendant's seventh motion for extension of time to file an answer (Dkt. 23), petitioner's response (Dkt. 24), and defendant's eighth motion for extension of time to file an answer (Dkt. 25). Having reviewed these filings and the record herein, the Court GRANTS the Government's motions for extension of time.

While the Court understands petitioner's eagerness to move this matter forward (Dkt. 24), the Court finds that the Government's seventh motion for extension of time (which requested an extension from Aug. 13, 2026, to Sept. 10, 2026) is justified based on the arrival of "nearly 100 pages" of exhibits and supporting materials, sent by one of petitioner's prior attorneys, on the afternoon of Aug. 13, 2026. Dkt. 23 at 2. The Government's eighth motion for extension of time asserted that the Government needed an additional thirteen days—until Sept. 23, 2026—to review those materials and incorporate them into the Government's response. Dkt. 25 at 2. The

Court finds that the Government's eighth motion for extension of time is justified. In addition, the Court notes that the Government filed its answer on Sept. 21, 2026. Dkt. 26.

Therefore the Government's seventh and eighth motions for extension of time (Dkts. 23 and 25) are GRANTED.

IT IS SO ORDERED.

DATED this 23rd day of September, 2026.

Robert S. Lasnik
United States District Judge