The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBREY TAYLOR,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

NO. 25-CV-00155 RSL

ORDER GRANTING MOTION TO SEAL EXHIBIT

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 1 to Exhibit A to the Government's Answer to Petitioner's § 2255 Motion,

It is hereby ORDERED that Exhibit 1 to Exhibit A shall remain sealed.

DATED this 15th day of October, 2026.

Robert S. Lasnik
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970